IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

TREAVIE SHARS,                                                                                    PLAINTIFF
ADC #166110

v.                                         2:21CV00117-JM-JTK

JEFF HEAGWOOD, et al.                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 1st day of November, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE